IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSE LISBOA, | ) CASE NO.:   1:07 CV 707 |
| Plaintiff, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| ROGER KLEINMAN, *et al.,* | ) |
| Defendants. | ) <u>JUDGMENT ORDER</u> |

For the reasons set forth in the Court's Memorandum Opinion and Order, Defendants Roger Kleinman and McDonald Hopkins Co., L.P.A.'s Motion to Dismiss claims I, III, V, VII, IX, X, XI and XII of the Plaintiff's First Amended Complaint (ECF #16) is GRANTED. Defendant, Kimberly Lisboa's Motion to Dismiss (ECF #20) and Defendant Sharon Arslanian's Motion to Dismiss (ECF #21) are also GRANTED.    Kimberly Lisboa's Motion for Sanctions is DENIED.    The case is hereby dismissed with prejudice.   IT IS SO ORDERED.

                                                                                                         <u>s/Donald C. Nugent</u>
                                                                                                          DONALD C. NUGENT
                                                                                                          United States District Judge

DATED: <u>  December 4, 2007  </u>